# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-0723 SJO (FFM) | Date | November 27, 2018 |
|---|---|---|---|
| Title | DISH NETWORK, L.L.C. and NAGRASTAR LLC v. GERMAN CANDELARIA | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court is in receipt of plaintiffs' motion to compel defendant's discovery responses. (Docket No. 34.) Plaintiffs assert that defendant, German Candelaria, has failed to respond to Plaintiff DISH Network's First Set of Interrogatories and First Set of Requests for Production, despite a letter to defendant's attorney providing an additional 10 days to respond and another letter requesting defendant to meet and confer regarding the missing responses. Plaintiffs also assert that defendant failed to respond to their request to provide either defendant's discovery responses or defendant's portions of the Joint Stipulation.

In light of plaintiffs' showing, defendant German Candelaria, is ORDERED TO SHOW CAUSE, in writing, on or before **December 7, 2018**, why his answer should not be stricken and his default entered for failure to comply with his discovery obligations. Defendant may comply with the terms of this Order by either: 1) filing a proof of service demonstrating that he served plaintiffs with a copy of the discovery responses; or 2) filing a response detailing why the Court should not strike his answer and enter his default.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | JM |